UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**JULIE HAMMELL**

    Plaintiff,

vs.

             Case No.  19-cv-984

**LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON**

**NOTICE OF SETTLEMENT**

  Comes now Plaintiff, by and through her attorneys Hawks Quindel, S.C., and notifies the Court that the parties have recently reached a settlement of this matter. The parties are working on finalizing the settlement and anticipate filing a Stipulation of Dismissal within 45 days.

  Dated: February 26, 2020

        **HAWKS QUINDEL, S.C.**

        By: */s/ Lynn K. Lodahl*
           William E. Parsons, SBN: 1048594
           Email: wparsons@hq-law.com
           Lynn K. Lodahl, SBN 1087992
           Email: llodahl@hq-law.com
           409 East Main Street
           P.O. Box 2155
           Madison, Wisconsin 53701-2155
           Telephone: 608/257-0040
           Facsimile: 608/256-0236

           Attorneys for Plaintiff, Julie Hammell