UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**JULIE HAMMELL**

        Plaintiff,

vs.

                        Case No.   19-cv-984

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**

**UNOPPOSED MOTION FOR DISMISSAL**

The Plaintiff, Julie Hammell., by her attorneys Hawks Quindel, S.C., hereby moves to dismiss the above-captioned matter with prejudice and without costs, pursuant to the settlement reached between the parties. Plaintiff's Counsel has spoken with Counsel for Defendant and there is no objection to this motion.

Dated:  April 14, 2020

                        **HAWKS QUINDEL, S.C.**

                By:   */s/ Lynn K. Lodahl*
                     William E. Parsons, SBN: 1048594
                     Email: wparsons@hq-law.com
                     Lynn K. Lodahl, SBN 1087992
                     Email:  llodahl@hq-law.com
                     409 East Main Street
                     P.O. Box 2155
                     Madison, Wisconsin 53701-2155
                     Telephone: 608/257-0040
                     Facsimile: 608/256-0236

                     Attorneys for Plaintiff, Julie Hammell